BART M. DAVIS, ID STATE BAR NO. 2696
UNITED STATES ATTORNEY
**ROBERT B. FIRPO, CA STATE BAR NO. 243991**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1414
Email: Robert.Firpo@usdoj.gov

Attorneys for Defendant Bureau of Land Management

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Case No. 1:19-cv-00369-CWD<br><br>**JOINT STATUS REPORT** |

The parties submit this Joint Status Report to update the Court on the FOIA production schedule agreed to by the parties on November 18, 2019. *See* ECF No. 9. The Court's Order approving both the production schedule and the joint motion to stay the case requested status reports every 60-days starting January 15, 2020. *See* ECF No. 12.

### STATUS REPORT

On or about December 31, 2019, BLM submitted a first batch of documents to WWP in response to WWP's Outcome Based Grazing FOIA request. BLM will submit another batch of

**JOINT STATUS REPORT - 1**

documents by the end of January 2020.  In light of BLM's production in December 2019, the parties agree that production is on schedule.

Respectfully submitted this 15th day of January, 2020.

        BART M. DAVIS
        UNITED STATES ATTORNEY
        By:

        */s/ Robert B. Firpo*
        ROBERT B. FIRPO
        Assistant United States Attorney

        *Attorney for Defendant BLM*

        */s/ David S. Bahr*
        DAVID A. BAHR
        BAHR LAW OFFICES, P.C.
        1035 ½ MONROE ST.
        EUGENE, OR  97402

        *Attorney for Plaintiff WWP*

**JOINT STATUS REPORT - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 15, 2020, the foregoing **JOINT STATUS REPORT** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Scott Lake
scott@westernwatersheds.org

David A. Bahr
davebahr@mindspring.com


*/s/ Jessica Black*
Jessica Black
Legal Assistant

**JOINT STATUS REPORT - 3**