BART M. DAVIS, ID STATE BAR NO. 2696
UNITED STATES ATTORNEY
**ROBERT B. FIRPO, CA STATE BAR NO. 243991**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 WEST MRYTLE STREET, SUITE 500
BOISE, ID 83702
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-9375
Email:  Robert.Firpo@usdoj.gov

Attorneys for Defendant U.S. Department of the Interior

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | Case No. 1:19-cv-00369-CWD<br><br>**SETTLEMENT AGREEMENT** |

It is hereby stipulated between the undersigned parties and their attorneys that this action be settled, compromised, and dismissed in accordance with the following terms:

1.  Plaintiff Western Watersheds Project (WWP) filed the above captioned lawsuit on September 24, 2019 (ECF No. 1), alleging that Defendant Department of the Interior (Interior) violated the Freedom of Information Act (FOIA) with respect to FOIA request No. 2018-00815. The request concerned the Bureau of Land Management's (BLM) "outcome-based grazing" initiative and demonstration projects.

**SETTLEMENT AGREEMENT - 1**

2. After discussions between the parties, Interior agreed to immediately begin producing documents responsive to the relevant FOIA request and to complete production by approximately December 2020. *See* ECF No. 9 (Joint Motion to Vacate Deadlines and Stay Proceedings). The parties thereafter jointly filed a motion to vacate all deadlines and stay the case pending Interior's agreed-upon FOIA disclosures. *Id*.

3. Interior has now completed production of documents pursuant to the FOIA request, and WWP has agreed to accept those documents and the other terms of this Settlement Agreement in full satisfaction of FOIA Request 2018-00815 and the claims filed in this case.

4. This Settlement Agreement is not an admission of liability or fault on the part of Interior, its agents, servants, or employees, and it is specifically denied that Interior is liable to WWP. This Settlement Agreement is not an admission by WWP regarding the validity of its claims in the underlying litigation. This settlement is entered into by the parties for the purpose of compromising the disputed claims under FOIA and avoiding the expenses and risks of further litigation.

5. At the time of execution of this Settlement Agreement, the parties agree to file a Joint Motion to Dismiss the above-captioned action with prejudice. The parties will attach this Agreement to the motion and include its terms as part of the proposed order.

6. Interior agrees to pay WWP $15,500 in full and complete satisfaction of any and all claims arising from the subject matter of this suit, including but not limited to, all attorneys' fees and costs incurred by WWP in this action.

7. Interior's payment shall be accomplished by electronic fund transfer. WWP's counsel shall provide the appropriate account number and other information needed to facilitate payment to the undersigned Defendant's counsel. Defendant agrees to make payment within 60

**SETTLEMENT AGREEMENT - 2**

days following the execution of this Settlement Agreement by the Parties' counsel and Plaintiff has provided an appropriate account number and any other info needed to process payment. WWP's counsel shall notify Defendant's counsel when payment is received.

8. The persons signing this Settlement Agreement warrant that they possess full authority to bind the persons on whose behalf they are signing to the terms of the settlement.

9. The parties agree that the Court may retain jurisdiction over this Settlement Agreement with respect to the parties' compliance with this Settlement Agreement.

10. This Settlement Agreement constitutes the entire agreement of the parties concerning the rights and obligations discussed herein and subject to dispute in this suit. No other agreement shall govern the rights of the parties with respect to the matters resolved by this Settlement Agreement, except in accordance with the terms herein.

Respectfully submitted this 30th day of November, 2020.

UNITED STATES ATTORNEY
By:

   s/Robert B. Firpo
ROBERT B. FIRPO
Assistant United States Attorney

*Attorney for Defendant Department of the Interior*

   s/David A. Bahr
DAVID A. BAHR
BAHR LAW OFFICES, P.C.
1035 ½ MONROE ST.
EUGENE, OR  97402

*Attorney for Plaintiff WWP*

**SETTLEMENT AGREEMENT - 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2020, the foregoing **SETTLEMENT AGREEMENT** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Talasi Brooks
tbrooks@westernwatersheds.org

David A. Bahr
davebahr@mindspring.com

*/s/ Jessica Black*
Jessica Black
Legal Assistant

**SETTLEMENT AGREEMENT - 4**